IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOEMI OROZCO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MERRITT HOSPITALITY, LLC** | : | NO. 17-CV-0086 |

## ORDER

AND NOW, this 3rd day of October, 2017, IT IS HEREBY ORDERED that:

1. A settlement conference will be held in my chambers (3040 United States Courthouse, 601 Market Street, Philadelphia, PA) on Thursday, October 12, 2017, at 11:00. Counsel shall provide me with a confidential settlement memorandum on or before Tuesday, October 10, 2017. Parties with full authority to settle must be present or available by telephone for the duration of the conference.

2. Discovery is stayed until after the settlement conference.

3. If any issues arrive before our next meeting, counsel should contact my chambers to arrange for a conference call.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.